FILED
08 JUL 29 AM 11: 07
RICHARD W. WIEKING
U.S. DISTRICT COURT
[illegible] CALIFORNIA

(PR)

VRW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    3617

LORENZO FOSSELMAN JR
                    Plaintiff,

vs.

M.S. EVANS
                    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, LORENZO FOSSELMAN JR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NONE                          Net: N/A

Employer: N/A

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                       - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Never Employed_____
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8     a.  Business, Profession or                Yes ___ No ✓
9         self employment
10    b.  Income from stocks, bonds,             Yes ___ No ✓
11        or royalties?
12    c.  Rent payments?                         Yes ___ No ✓
13    d.  Pensions, annuities, or                Yes ___ No ✓
14        life insurance payments?
15    e.  Federal or State welfare payments,     Yes ___ No ✓
16        Social Security or other govern-
17        ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.  Are you married?                         Yes ___ No ✓
23  Spouse's Full Name: _____N/A_____
24  Spouse's Place of Employment: ____N/A_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.  a.  List amount you contribute to your spouse's support : $ _____
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1       and indicate how much you contribute toward their support. (NOTE: For minor

2       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3 _____

4 _____

5   5.    Do you own or are you buying a home?      Yes \_\_\_ No ✓

6 Estimated Market Value: $_____ Amount of Mortgage: $_____

7   6.    Do you own an automobile?              Yes \_\_\_ No ✓

8 Make _____ Year _____ Model _____

9 Is it financed? Yes \_\_\_\_\_ No \_\_\_\_\_ If so, Total due: $ _____

10 Monthly Payment: $ _____

11   7.    Do you have a bank account? Yes \_\_\_ No ✓ (Do not include account numbers.)

12 Name(s) and address(es) of bank: _____

13 _____

14 Present balance(s): $ _____

15 Do you own any cash? Yes \_\_\_ No ✓ Amount: $ _____

16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17 market value.)   Yes \_\_\_ No ✓

18 _____

19   8.    What are your monthly expenses?

20 Rent: $ _____ Utilities: _____

21 Food: $ _____ Clothing: _____

22 Charge Accounts:

23 Name of Account          Monthly Payment          Total Owed on This Acct.

24 _____   $ _____   $ _____

25 _____   $ _____   $ _____

26 _____   $ _____   $ _____

27   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____         - 3 -

1  _____    _____
2  _____

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                              Yes ☒  No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  Fosselman vs Evans et al   C-07-2606 PJH (PR)
8  Northern District of California  §1983 Civil Rights Complaint.

9  I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11 I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

14  7-21-08                              [signature] Lorenzo Fosselman Jr.
15  DATE                                 SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _L. FOSSELMAN, P13862_ for the last six months at
[prisoner name]
_Kern Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_.

Dated: _7/21/08_          _V. Jennings, Acct Tech_
                          Authorized officer of the institution

```
REPORT ID: TS3030  .701                              REPORT DATE: 07/21/08
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 21, 2008

ACCOUNT NUMBER : P13462            BED/CELL NUMBER: FAB100000000204L
ACCOUNT NAME   : FOSSELMAN, LORENZO    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                           TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS    WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
 ---------   ---------   -----------   ---------   ---------   -------------
     0.00        0.00         0.00        0.00        0.00           0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                  -----------
                                                       0.00
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 07/21/08
                                                     PAGE NO:         1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                      SALINAS VALLEY STATE PRISON
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 21, 2008

ACCOUNT NUMBER : P13462                     BED/CELL NUMBER:
ACCOUNT NAME   : FOSSELMAN, LORENZO           ACCOUNT TYPE: T
PRIVILEGE GROUP:
                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
 ---------    --------    -----------    ---------    ---------    ------------
    0.00         0.00         0.00          0.00         0.00          0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7/21/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ SVSP
    TRUST OFFICE